**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**In re:**

SEBASTIEN FRANCOIS **Case No. 23-15259-BKC-CAP**

Debtor / Chapter 13

**CERTIFICATE OF SERVICE ON NOTICE OF HEARING**

**I HEREBY CERTIFY** that I am a member in good standing of the Bar of the United States District Court for the Southern District of Florida and I am a registered user in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 9010-1(A). A true and correct copy of this Certificate of Service on Notice of Hearing and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 29th day of August, 2026.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**SERVICE LIST**

**Debtor**
SEBASTIEN FRANCOIS
10160 TORCHWOOD AVE
PLANTATION, FL 33324-2220

**Attorney for Debtor**
ELIAS LEONARD DSOUZA, ESQUIRE
950 S PINE ISLAND ROAD
SUITE A-150
PLANTATION, FL 33324-2632