**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

Case No. 23-15259-CAP
Chapter 13

SEBASTIEN FRANCOIS,

Debtor.
_______________________________________/

**STIPULATION FOR SUBSTITUTION OF COUNSEL**
**RELIEF REQUESTED WITHOUT A HEARING**

**IT IS HEREBY** stipulated by and between the undersigned law firms, with the consent of the above Client, that Johnson Angel D'Souza, Esq., and Johnson A. D'Souza, P.A., shall be substituted in the place of Elias Leonard Dsouza, Esq. and Dsouza & Walton Law Group, P.A., as attorney of record for the above Debtor, in the above-styled case.

Johnson Angel D'Souza, Esq.
Johnson A. D'Souza, P.A.
5214 SW 91st Ave, Suite # 4
Cooper City, Florida
Tel.: (786) 479-8575
Email: johnsondsouzalaw@gmail.com

Elias Leonard Dsouza, Esq.
Kenneth Edward Walton, Esq.
Dsouza & Walton Law Group
950 South Pine Island Road, Suite # A-150
Plantation, FL 33324
Tel.: (954) 358-5911
Email: elias@dsouzalegal.com
Email: kenneth@dsouzalegal.com

/s/ Johnson Angel D'Souza
Johnson Angel D'Souza, Esq.
Florida Bar No. 1049213

/s/ Elias Leonard Dsouza
Elias Leonard Dsouza, Esq.
Florida Bar No. 399477

/s/ Kenneth Edward Walton
Kenneth Edward Walton, Esq.
Florida Bar No. 183997

**CERTIFICATE OF SERVICE**

I certify that on **September 28, 2026**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which caused it to be served electronically on the following parties:

- All parties registered to this case on CM/ECF

I further certify that on **September 28, 2026**, I served a copy of the foregoing document by email on the following parties:

- Elias Leonard Dsouza, previous debtor's attorney (via email)
- Kenneth Edward Walton, previous debtor's attorney (via email)
- Sebastien Francois, Debtor (via email)

**JOHNSON A. D'SOUZA, P.A.**
5214 SW 91st Ave, Suite # 4
Cooper City, Florida 33328
(786) 479-8575 (Telephone)
Email for State Court Pleadings:
johnsondsouzalaw@gmail.com

By: **/s/ Johnson Angel D'Souza**
Johnson Angel D'Souza, Jr., Esq.
Florida Bar No. 1049213
Email: johnsondsouzalaw@gmail.com